AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-sw-05851-GPG | Date and time warrant executed: 9/12/2019 at 4:00 PM | Copy of warrant and inventory left with: Sprint |
| Inventory made in the presence of: SA John Busch | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1) [Date and time the acquisition of identifying information began]
2) [Period during which the government acquired identifying information]

No ping information received or used by the government. Only historical & account information received & used.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11:38 am, Sep 17, 2019
**JEFFREY P. COLWELL, CLERK**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/12/2019

_Executing officer's signature_

John Busch    FBI SA
_Printed name and title_